UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE S. REVERON,<br><br>　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>SPREADSHIRT INC., et al.,<br><br>　　　　　　　　　Defendants. | 24-CV-04093 (JLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　By Order of Reference dated June 24, 2024, Judge John P. Cronan referred this case to me for general pretrial purposes and any dispositive motions. (*See* ECF 11.)

　　On May 29, 2024, Plaintiff, who is proceeding pro se, filed her complaint ("Complaint") against Defendants Spreadshirt, Inc., ("Spreadshirt"); Sears Holding Management Corporation ("Sears"); Walmart-Stores, Inc. ("Walmart"), New Era Cap, LLC ("New Era"), and PlanetArt LLC ("PlanetArt"). (*See* ECF 1.) On June 20, 2024, Defendant Walmart moved to dismiss the Complaint and mailed to Plaintiff a copy of its motion papers. (*See* ECF 7, Motion to Dismiss; ECF 7-1, Cert. of Service by Mail of ECF 7-ECF 10.) To date, Defendant Walmart is the only Defendant to have appeared in this action.

　　This action is scheduled for a status conference at **2:30 PM on July 2, 2024**. Plaintiff and counsel for Defendant Walmart are directed to call my conference line at the scheduled time **by dialing (646) 453-4442, Access Code: 163 290 273 #.**

DATED:　June 28, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge