UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE S. REVERON,<br><br>                Plaintiff,<br><br>-against-<br><br>SPREADSHIRT INC., et al.,<br><br>                Defendants. | 24-CV-04093 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a status conference at **10:30 AM on July 12, 2024**. Plaintiff and counsel for Defendant Walmart are directed to call my conference line at the scheduled time **by dialing (646) 453-4442, Access Code: 163 290 273 #.**

DATED:  July 3, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge