UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE S. REVERON, <br><br> Plaintiff, <br><br> -against- <br><br> SPREADSHIRT INC., et al., <br><br> Defendants. | 24-CV-04093 (JPC) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff's opposition to Walmart-Stores, Inc.'s motion to dismiss is due on **August 20, 2024**.

Walmart-Stores, Inc.'s reply in further support of its motion to dismiss is due on **September 16, 2024**.

DATED:  July 12, 2024
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge