UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE S. REVERON,<br><br>      Plaintiff,<br><br>-against-<br><br>SPREADSHIRT INC., et al.,<br><br>      Defendants. | 24-CV-04093 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On July 24, 2024, this Court set a briefing schedule for Plaintiff to seek leave to amend her complaint by August 2, 2024, and for Defendants to file by August 12, 2024 their oppositions, if any, to the motion to amend. (*See* ECF 25.) To date, Plaintiff has not filed her motion to amend her complaint. The time for Plaintiff to do so is extended, sua sponte and nunc pro tunc, to **August 14, 2024**.

DATED: August 5, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge