UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie M. Reveron,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Spreadshirt, Inc., et al.,<br><br>　　　　　　Defendants. | 24cv4093 (JPC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I construe Plaintiff's letters (ECF 45 and 46) as a renewed motion for leave to amend the operative complaint. Defendants Spreadshirt, Inc., PlanetArt LLC, Walmart-Stores, Inc., and Sears Holdings Management Corp. shall have until January 13, 2025 to oppose the motion to amend. Plaintiff shall have until January 23, 2025 to file her reply in further support of the motion to amend. The time for Defendants Spreadshirt, Inc., PlanetArt LLC, and Sears Holdings Management Corp. to respond to the operative complaint is further extended as follows: if the renewed motion to amend is denied, those Defendants shall have ten days to respond to the complaint; and if the motion to amend is granted, those Defendants along with Walmart-Stores, Inc. shall have 21 days from the filing on the docket of the new operative complaint to respond to it.

DATED:　December 30, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge