UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Stephanie M. Reveron,

                    Plaintiff,

        -against-

Spreadshirt, Inc., et al.,

                    Defendants.

24cv4093 (JPC) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 30, 2025, Defendant Walmart-Stores filed a motion to dismiss the Complaint (ECF 63), supported by a memorandum of law (ECF 64) and declaration (ECF 65).  Defendant Spreadshirt joined in the motion (ECF 67). Plaintiff shall have until **July 31, 2025** to oppose the motions to dismiss the Complaint. Plaintiff must address in her opposition why the grounds for dismissal identified in the motion papers and in my futility analysis in the Report and Recommendation (ECF 59) do not require dismissal of her claims as to all Defendants in this case. *See Vekaria v. Mthree Corp. Consulting, Ltd*., No. 22 Civ. 3197 (JPC), 2024 WL 4337542, at *18 (S.D.N.Y. Sept. 27, 2024) (putting a plaintiff on notice of the Court's intent to sua sponte dismiss the claims against non-moving defendants where "the grounds for dismissal . . . appear to apply equally" to all defendants). If Plaintiff opposes the motions to dismiss, Defendants shall have until **August 15, 2025** to file reply papers.

DATED:  July 18, 2025
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge